UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DONALD CHARLES SPEIRS, | ) | CASE NO.: C06-1543-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER RE: PENDING MOTIONS |
| | ) | |
| JEFFREY A. UTTECHT, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Having reviewed respondent's motion for an extension of time to file an answer (Dkt. 21) and petitioner's motion for summary judgment (Dkt. 24), the Court hereby finds and ORDERS:

(1) Respondent seeks a seven-day extension of time in which to file an answer. (Dkt. 21.) The Court has considered the objections raised in petitioner's response to this motion (Dkt. 25), but finds respondent's request for a brief extension reasonable. Accordingly, respondent's motion for an extension of time to file an answer is GRANTED.

(2) On the same day respondent filed his answer, the Court received a motion for summary judgment filed by petitioner. (*See* Dkts. 22 & 24.) However, the Court finds no basis for departing from the briefing schedule set out in the Order for Service and Answer, § 2254

ORDER RE: PENDING MOTIONS
PAGE -1

01  Petition. (Dkt. 16.) As such, petitioner's motion for summary judgment is STRICKEN from the

02  calendar and will be considered solely as a supplement to petitioner's habeas petition. Proceeding

03  with the established briefing schedule, and based on the **February 9, 2007** noting date for

04  consideration of respondent's answer, petitioner may file and serve a response to respondent's

05  answer no later than **February 5, 2007**, and respondent may file and serve a reply no later than

06  **February 9, 2007**. *See also* Local Civil Rule 7(d)(3).

07  (3) The Clerk shall direct copies of this Order to petitioner, to counsel for respondent,

08  and to the Honorable John C. Coughenour.

09  DATED this 19th day of January, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PENDING MOTIONS
PAGE -2